IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| Kaleido Logistics, S.L., | * | |
| Plaintiff, | * | Civil Action No.: 1:20-cv-00993-ELH |
| v. | * | |
| Cargo Carried under Bill of Lading HOEGTT27SRBA0001at the Dundalk Marine Terminal, | * | IN ADMIRALTY |
| | * | |
| Defendant, *in rem* | * | |
| and | * | |
| Efacec Energia Máquinas e Equipamentos Eléctricos, S.A. ("EFACEC"), | * | |
| | * | |
| Defendant *in personam*, | * | |
| and | * | |
| Ceres Marine Terminals Inc., | * | |
| Garnishee. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ORDER GRANTING APPOINTING J. STEPHEN SIMMS OR HIS DESIGNATE AS REPRESENTATIVE TO SERVE THE CARGO WITH THE WARRANT OF <u>ARREST</u>**

Upon the Motion of Plaintiff for the appointment of  J. Stephen Simms or his designate as Representative to serve the Warrant of Arrest issued by this Court in place of the United States Marshal in this case, and good cause appearing therefore, it is hereby

ORDERED that Plaintiff's Motion is granted, and that J. Stephen Simms or his designate is appointed to serve as Representative to serve the warrant of arrest on the Cargo Carried under

Bill of Lading HOEGTT27SRBA0001at the Dundalk Marine Terminal Vessel, defendant *in rem*

in place of the U.S. Marshal for the District of Maryland, and it is further

ORDERED that J. Stephen Simms or his designate shall report the results of the arrest to

the U.S. Marshal for the District of Maryland and cause to be filed a return of service with this

Court following service of the Warrant of Arrest.

Dated:  April ___, 2020.


_____
Hon. Ellen L. Hollander
United States District Judge