IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| Kaleido Logistics, S.L., | * | |
| Plaintiff, | * | Civil Action No.: 1:20-cv-00993-ELH |
| v. | * | |
| Cargo Carried under Bill of Lading HOEGTT27SRBA0001 at the Dundalk Marine Terminal, | * | IN ADMIRALTY |
| | * | |
| Defendant, *in rem* | * | |
| and | * | |
| Efacec Energia Máquinas e Equipamentos Eléctricos, S.A. ("EFACEC"), | * | |
| | * | |
| Defendant *in personam*, | * | |
| and | * | |
| Ceres Marine Terminals Inc., | * | |
| Garnishee. | | |

\* \* \* \* \* \* \* \* \* \* \*

**ORDER APPOINTING J. STEPHEN SIMMS OR HIS DESIGNATE
AS REPRESENTATIVE TO SERVE THE CARGO WITH THE WARRANT OF
<u>ARREST</u>**

Plaintiff, having moved for an Order pursuant to Fed. R. Civ. P 4(c)(2), Supplemental Rule B(1)(c)(ii), and Supplemental Rule C(3)(b)(ii) for the appointment of J. Stephen Simms or his designate to serve the Warrant of Arrest issued by this Court in place of the United States Marshal in this case, and good cause appearing therefore, it is hereby

**ORDERED**, that Plaintiff's Motion (ECF 6) is granted, and that J. Stephen Simms or his designate is appointed to serve as Representative to serve the Warrant of Arrest on the Cargo

Carried under Bill of Lading HOEGTT27SRBA0001at the Dundalk Marine Terminal Vessel, defendant *in rem* in place of the U.S. Marshal for the District of Maryland, and it is further

**ORDERED**, that J. Stephen Simms, or any other person appointed by him who is at least 18 years of age and not a party to this action, is appointed to serve the Warrant of Arrest and a copy of the Verified Complaint at issue in this case, and it is further

**ORDERED**, that J. Stephen Simms, or his designate shall report the results of the arrest to the U.S. Marshal for the District of Maryland and cause to be filed a return of service with this court following service of the Warrant of Arrest and Verified Complaint.

**SO ORDERED** on this 20th day of April 2020.

/s/
Ellen Lipton Hollander
United States District Judge